James W. Hunt – SBN 122582
Christopher S. Hickey – SBN 198938
Mark R. Irvine – SBN 137294
Paul M. Tyson – SBN 294689
**FITZPATRICK & HUNT,**
**TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100
Fax: (213) 873-2125
james.hunt@fitzhunt.com
christopher.hickey@fitzhunt.com
mark.irvine@fitzhunt.com
paul.tyson@fitzhunt.com

Attorneys for Defendants
Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Maintenance

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CARPENTER, etc., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:14-cv-07793-JAK (AJWx)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION FOR PROTECTIVE ORDER**<br><br>Judge: Hon. John A. Kronstadt<br>Magistrate: Hon. Andrew J. Wistrich |

　　　WHEREAS, discovery in this action will likely involve production and disclosure of certain documents and information pertaining to the parties' commercially sensitive or private information, which require protection from public disclosure;

　　　WHEREAS the parties desire to litigate this action without jeopardizing their commercially sensitive or private information, or the commercially sensitive or private information of any third party;

WHEREAS, the parties met and conferred regarding the terms of a proposed protective order;

WHEREAS, Exhibit A is a Modified Standing Protective Order For Cases Assigned To Judge John A. Kronstadt;

WHEREAS, the parties stipulate, and propose to adopt Exhibit A as the operative protective order in this matter;

WHEREAS, the parties attach Exhibit B, a redline version reflecting proposed modifications to Judge Kronstadt's Standing Protective Order;

IT IS THEREFORE AGREED, STIPULATED, AND REQUESTED by and among the parties, through their respective attorneys of record, that for good cause shown, Exhibit A as the operative protective order governing this matter.

IT IS SO ORDERED this 22nd day of January, 2015.

_____
The Honorable Andrew J. Wistrich
United States Magistrate Judge

Respectfully Submitted,

Dated: January 20, 2015

James W. Hunt
Mark R. Ivine
FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP

By: /s/ *Mark R. Irvine*
Mark R. Irvine
**Attorneys for Defendants Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Maintenance**

1
2  Dated:  January 20, 2015            Ronald L.M. Goldman
3                                      Timothy A. Loranger
4                                      Baum Hedlund Aristei & Goldman, P.C.
5
6                                      By:  */s/ Timothy A. Loranger*
7                                           Timothy A. Loranger
                                             **Counsel for Plaintiffs**
8
   Dated:  January 20, 2015            Patrick J. Kearns
9                                      William J. Katt
10                                     Wilson Elser Moskowitz Edelman
                                         & Dicker LLP
11
12
13                                     By:  */s/ Patrick J. Kearns*
                                             Patrick J. Kearns
14                                           **Counsel for Defendant CUBIC**
15                                           **DEFENSE APPLICATIONS**

16 Dated:  January 20, 2015            Mack H. Schultz (admitted pro hac vice)
17                                     Perkins Coie, LLP
18
19                                     By:  */s/ Mack H. Schultz*
                                             Mack H. Schultz
20                                           **Counsel for Defendants, BAE Systems,**
21                                           **Inc.; BAE Systems Simula, Inc.; and**
                                             **BAE Systems Aerospace & Defense**
22                                           **Group, Inc.**
23
24
25
26  ///
27  ///
28  ///

1  ///

Dated: January 20, 2015

Steven E. Young
Carol Chow
Freeman, Freeman & Smiley, LLP

By: */s/ Steven E. Young*
　　Steven E. Young
　　**Counsel for Defendant Prototype Engineering and Manufacturing, Inc.**

Attestation:

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed above concur in the filing's content and have authorized the filing.

FITZPATRICK & HUNT,
TUCKER, COLLIER, PAGANO, AUBERT, LLP

By: /s/ *Mark R. Irvine*
　　Mark R. Irvine
　　**Attorneys for Defendants Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Maintenance**